Roman M. Silberfeld, Bar No. 62783
RSilberfeld@RobinsKaplan.com
David Martinez, Bar No. 193183
DMartinez@robinskaplan.com
Alejandro J. Castro, Jr. Bar No. 316541
ACastro@RobinsKaplan.com
**ROBINS KAPLAN LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

Attorneys for Plaintiff
Third Estate LLC, dba m n m l

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Third Estate LLC, dba m n m l,<br><br>    Plaintiff,<br><br>    v.<br><br>Fear of God LLC, a California Limited Liability Company; and DOES 1 through 10,<br><br>    Defendants. | Case No.  2:17-cv-9204<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT** |

Plaintiff, Third Estate LLC, dba m n m l ("m n m l"), by and through its undersigned attorneys, in its Complaint against Defendant, Fear of God, LLC ("FOG") alleges as follows:

**NATURE OF ACTION**

1.     This is an action for a Declaratory Judgment and other relief brought under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201-02.  m n m l seeks a judgment declaring that FOG lacks any cognizable trade dress and/or other intellectual property rights in certain apparel features discussed below, and that m n m l has not infringed on FOG's alleged trade dress and has not engaged in false designation of origin.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq*.

3. This Court has personal jurisdiction over FOG because FOG regularly conducts business in this State.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## THE PARTIES

5. m n m l is an Indiana Limited Liability Company.  m n m l's headquarters and principal place of business are located at 112 W. 9th Street, Suite 726, Los Angeles, California.

6. m n m l sells high quality contemporary fashion and streetwear under the m n m l mark ("m n m l Mark"), with the goal of making high quality fashion affordable and attainable to its customers.  By way of example only, m n m l sells distressed denim jeans for $64 through its online store (https://mnml.la/), while FOG sells distressed denim jeans for the tidy sum of $895.

7. Upon information and belief, Defendant FOG is a California Limited Liability Company, headquartered at 3940 Laurel Canyon Blvd. #427, Studio City, California.  Defendant FOG operates, *inter alia*, under the trade name "Fear of God" and also sells apparel.  Upon information and belief, Mr. Jerry Manuel aka Jerry Lorenzo ("Jerry Lorenzo") is the owner of FOG.

8. m n m l is unaware of the true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants Does 1 through 10, inclusive, or any of them, and therefore sues these Defendants, and each of them, by such fictitious names.  m n m l is informed and believes and thereon alleges that each of the DOE Defendants is responsible for the claims and damages alleged herein and each DOE Defendant is jointly and severely liable with all other Defendants.  m n m l will seek leave of Court to amend this Complaint when the

identities of these Defendants are ascertained.

**FACTUAL BACKGROUND**

9. On September 6, 2017, FOG and Jerry Lorenzo caused a letter to be sent to m n m l alleging trade dress infringement and false designation of origin. A true and correct copy of that letter is attached hereto as Exhibit A. The letter threatened legal action if m n m l did not cease and desist from selling m n m l's ankle zip denim pants, bomber jackets and track pants by September 15, 2017.

10. In the letter, FOG claims that it has exclusive rights over jeans with, inter alia, "the fading, the blown out knees, the ankle zippers and the tapered ankles." *See* Exhibit A, at page 1. FOG further claims that "the MNML.LA track pants and bomber jacket use the same color scheme and design as Fear of God's highly manufactured pieces." *Id.*

11. Contrary to FOG's claims, the apparel features claimed by FOG ("Apparel Features") are not inherently distinctive and have not acquired secondary meaning sufficient to confer FOG with trade dress protection. By way of illustration only, FOG has not engaged in the uninterrupted, pervasive and exclusive marketing and sale of apparel bearing the Apparel Features for an extensive period of time.

12. For example, numerous third parties sell denim bearing the Apparel Features, including in virtually identical configuration as described by FOG.

13. Moreover, on information and belief, FOG has sold its apparel in limited releases. FOG's own website (https://fearofgod.com/) indicates that FOG released its 4th Collection in or about November 2015, including FOG's denim pants with holes and gold bomber jacket. Upon information and belief, these garments are currently unavailable for purchase and have been unavailable since February 2016. FOG's own website also indicates that FOG released its 5th Collection in or about March of 2017, including FOG's track pants, which, on information and belief, FOG has sold on an intermittent basis.

14. Further, the Apparel Features are functional (i.e., holes and zippers in jeans, and waistbands and pockets in track pants) and/or have been in the public domain for decades.

15. With respect to FOG's distressed denims, the Apparel Features largely reflect the grunge style movement of the 1990s, including apparel worn by legendary musical genius Kurt Cobain. Indeed, at least one other retailer sells jeans bearing the Apparel Features under the name "The Union – Cobain." And, on information and believe, FOG itself has sold numerous garments featuring Mr. Cobain, again underscoring the legendary artist's influence on all denim fashion and on FOG in particular. Indeed, a side-by-side comparison of Mr. Cobain's distressed jeans and FOG's distressed jeans over which FOG claims trade dress protection reveal inescapable similarities:

  

16. Similarly, track pants with near identical designs and colors were particularly popular during the 1980s-1990s and were sold by companies such as Adidas, Fila, Fubu, and Kappa.

17. FOG's allegations have hindered and continue to hinder m n m l's ability to continue to advertise, market, offer for sale, and sell apparel under the

1  m n m l Mark.

2  18.  As such, m n m l is compelled to seek a declaration from this Court
3  that m n m l has not has not engaged in the false designation of origin, has not
4  infringed FOG's alleged trade dress rights and/or intellectual property, and  that
5  any purported trade dress rights are invalid and/or unenforceable.

## COUNT I

## DECLARATION OF INVALIDITY, NON-ENFORCEABILITY, INFRINGEMENT COUNT IIAND NON-FALSE DESIGNATION OF ORIGIN

19.  m n m l repeats and re-alleges each allegation contained in paragraphs 1 through 18 as if set forth in full herein.

20.  There is an actual and substantial controversy between m n m l and FOG of sufficient immediacy and reality to warrant the rendering of a declaratory judgment by this Court.

21.  FOG claims that m n m l has advertised, marketed and/or offered for sale clothing that constitutes false designation of origin and/or infringes on FOG's trade dress and other intellectual property

22.  The allegations against m n m l cause uncertainty as to its rights, likely leading m n m l to lose revenues and/or business opportunities.

23.  FOG lacks trade dress rights as to the Apparel Features. Consequently, m n m l's use of the m n m l Mark cannot constitute infringement.

24.  m n m l has not violated FOG's purported rights and is not liable to FOG for trade dress infringement or any other federal, state, or common law causes of action, in law or in equity.

25.  m n m l is entitled to a judgment declaring that it has not violated FOG's rights under federal, state or common law and is not liable to FOG for any claims, including any claim of trademark infringement.

26.  m n m l is also entitled to a judgment declaring that FOG lacks trade dress and/or other intellectual property rights as to the Apparel Features.

27. A judicial declaration is necessary and appropriate at this time so that the parties may proceed in accordance with their respective rights as determined by the Court.

**WHEREFORE,** m n m l prays for a judgment against FOG as follows:

A. For judgment declaring that m n m l has not infringed or otherwise violated FOG's purported rights under federal, state, or common law laws;

B. For judgment declaring that FOG has failed to establish trade dress and/or other intellectual property rights; and

C. For judgment granting m n m l its costs and reasonable attorneys' fees, together with such further legal and equitable relief as the Court may deem just and proper.

Dated: December 26, 2017      **ROBINS KAPLAN LLP**

By: /s/ David Martinez
David Martinez
**Attorneys for Plaintiff,
Third Estate LLC, dba m n m l**

**DEMAND FOR JURY TRIAL**

m n m l demands a jury trial, on all issues so triable, pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: December 26, 2017

**ROBINS KAPLAN LLP**

By: /s/ David Martinez
David Martinez

**Attorneys for Plaintiff,
Third Estate LLC, dba m n m l**